**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

FILED

2018 MAY 31 P 12: 49

Christopher Smith )
      v. )
West Chevrolet )
David Shisler )
Jessica (Doe) )

NO. 3:18-CV-213

DISTRICT COURT
EASTERN DIST. TENN.

(To be assigned by the Clerk's Office.
Do not write in this blank.)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
**WITH SUPPORTING DOCUMENTATION**

I, _Christopher Smith_____, declare that I am the:

[X]    plaintiff/petitioner

[ ]    defendant/respondent

[ ]    Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

**PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA**

NAME (First          Middle          Last)          YEAR OF BIRTH

*Christopher Ahmaad Smith*          *6-2-78*

SOCIAL SECURITY NUMBER (last 4 digits only)          PHONE NOS.

*8808*          *865-208-2788*

HOME ADDRESS:

*2718 Wilson Ave Knox Tn 20 years (37914)*

OWN OR RENT?          HOW LONG AT CURRENT ADDRESS?

*Single*

MARITAL STATUS:

*Disabled*

NAME AND ADDRESS OF CURRENT EMPLOYER:


TELEPHONE NUMBER OF EMPLOYER:


HOW LONG AT CURRENT EMPLOYMENT?


OCCUPATION (Describe what you do):


IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY
AND WAGES PER MONTH.

GROSS:                                        NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST
EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES
WITHIN THE PAST TWELVE MONTHS?

| | | |
|---|---|---|
| Business, professional or other form of self-employment? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Rent payments, interest, or dividends? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Pensions, annuities, or life insurance payments? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Gifts or inheritance? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Any other source? | [X] Yes | [ ] No |

If YES, state the source and amount:

Disability $742.00 a month

**ASSETS:**

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH                                                                    $ _0_

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)   $ _0_
**(Do NOT include account numbers)**

_____

_____

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)   $ _0_
**(Do NOT include account numbers)**

_____

_____

STOCKS AND BONDS                                              $ _0_

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

_____     $ _0_

_____     $ _0_

_____     $ _0_

            **TOTAL REAL ESTATE**                         $

Page 4 of 10

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

2002 Dodge Van                          $ 1500.00

_____         $ _____

_____         $ _____

**TOTAL PERSONAL PROPERTY**             $ _____

MOTOR VEHICLES

Year/Make          License No.                    Current Value

2002 Dodge Van   081784931            $ 1500.00

_____         $ _____

_____         $ _____

**TOTAL VALUE OF MOTOR VEHICLES**       $ 1500.00

DEBTS OWED TO YOU (Give Name of Debtor)

_____         $ 0

_____         $ 0

_____         $ 0

**TOTAL DEBTS OWED TO YOU**              $ 0

OTHER ASSETS (ITEMIZE)

_____         $ 0

_____         $ 0

_____         $ 0

**TOTAL OTHER ASSETS**                   $ _____

**TOTAL OFF ALL ASSETS:** $ 1500.00

## LIABILITIES
### (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

| | |
|---|---|
| _____ | $ _O_____ |
| _____ | $ _O_____ |
| _____ | $ _O_____ |

**TOTAL LOANS PAYABLE TO BANKS** $ _____

NOTES (LOANS PAYABLE TO OTHERS) $ _O_____
MORTGAGES PAYABLE ON REAL ESTATE $ _O_____
CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS $ _O_____
MEDICAL BILLS $ _O_____
TAXES AND ASSESSMENTS PAYABLE $ _____
OTHER LIABILITIES (Itemize)

| | |
|---|---|
| _____ | $ _O_____ |
| _____ | $ _O_____ |
| _____ | $ _O_____ |

**TOTAL LIABILITIES** $ _____

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [x] RENT or [ ] MORTGAGE PAYMENT (check one) | $ 500.00 | $ |
| ELECTRICITY | $ 200.00 | $ |
| WATER | $ | $ |
| GAS | $ | $ |
| TELEPHONE | $ 30.00 | $ |
| FOOD | $ | $ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ | $ |
| AUTOMOBILE NOTE | $ | $ |
| AUTOMOBILE INSURANCE | $ | $ |
| AUTOMOBILE REPAIRS | $ | $ |
| GASOLINE | $ | $ |
| FURNITURE NOTE | $ | $ |
| CLOTHING | $ | $ |
| CABLE TELEVISION | $ | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITALIZATION INSURANCE | $ | $ |
| DOCTORS | $ | $ |
| DRUGS | $ | $ |
| CREDIT CARDS | $ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| **TOTAL EXPENSES** | | $ 730.00 |

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)                        YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)          PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?                HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

       Salary or Wages           $_____

       Commissions              $_____

       All other sources (Pensions; Soc.Sec.;
       Rent; Interest; Dividends; Alimony, etc.)  $_____

               **TOTAL:**        $_____

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                          Age:              Relationship:        Living
                                                                       With Whom?

Christopher XX Smith jr. 5        son                mother

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)            $ 0

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**                                   $ 0

## AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

| 5-31-18 | Christopher Smith |
|---------|-------------------|
| **DATE** | **SIGNATURE** |

Created:        January 31, 2007
IPF Application.wpd