UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville

Christopher A. Smith
_____
_____
Name of plaintiff (s)

v.

West Chevrolet L.L.C.
David Shisler
Jessica (sales associate)
Name of defendant (s)

Case No. 3:18-CV-213
(to be assigned by Clerk)

Greer / Guyton

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

This claim is a American with Disabilities Act violation. (Title III) Which requires "Reasonable modification when they a necessary to afford goods, services, facilities, privileges, etc.

2. Plaintiff, West Chevrolet - Jessica (Doe) David Shisler resides at 3450 Alcoa Highway, ~~Knoxville~~ Alcoa
street address / city

~~Knox~~ Blount, Tn, 37701, 865-970-9378
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

Jessica (Doe) 3450 Alcoa Hwy

1

3. Defendant, David Shisler lives at, or its business is located at
3450 Alcoa Hwy, Alcoa,
   street address                city
Blount, Tn, 37701.
   county        state    zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

On or about 8-1-17 I was contacted by a West Chevrolet sales manager Jessica. I am a paraplegic paralized from the waist down. Jessica wanted to schedule me for a test drive. I informed her that I needed hand controls to drive. After some time she contacted me again to inform me that her sales manager (David Shisler) would provide me with the hand control.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. _I asked for $150,000 in punitive damages_

   b.

   c.

   d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __31__ day of __May__, 20__18__.

_Christopher Smith_

Signature of plaintiff (s)

3